1 | DAVID FINK (*pro hac vice* pending)
2 | 7519 Apache Plume
  | Houston, TX 77071
3 | Tel.   (713) 729-4991
  | Fax.   (713) 729-4951
4 | Email: federallitigation@comcast.net

5 | DUNCAN M. MCNEILL (SBN 136416)
  | 375 South Mayfair Ave, Suite 200
6 | Daly City, CA 94015
  | Tel.   (650) 994-2295
7 | Fax.   (650) 994-2297

8 | Attorneys for Plaintiff,
  | JAMES B. GOODMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES B. GOODMAN, | ) | CASE NO. CV-07-3113 (MEJ) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **LETTER** |
| v. | ) | |
| ATMEL CORPORATION | ) | |
| Defendant. | ) | |

The Plaintiff James B. Goodman wishes to inform the Court that the Defendant Atmel Corporation through its attorney has informed the undersigned attorney that there will not be any opposition to the **MOTION AND (PROPOSED) ORDER FOR CHANGING DEADLINES**, and this Letter is being sent with the permission of the Defendant's attorney.

        JAMES B. GOODMAN
        c/David Fink
        DAVID FINK (*pro hac vice* pending)
        7519 Apache Plume
        Houston, TX 77071
        Tel.   (713) 729-4991

        Email: federallitigation@comcast.net

**CERTIFICATION OF SERVICE**

The undersigned certifies that the foregoing document was served on the Defendant Atmel Corporation on September 5, 2007 by prepaid first class mail at the address of its attorney:

Julie M. Holloway, Esq.
Wilson Sonsini et al.
650 Page Mill Road
Palo Alto, CA 94304

                                                          c/David Fink

                                                          David Fink