DAVID FINK (*pro hac vice* pending)
7519 Apache Plume
Houston, TX 77071
Tel.    (713) 729-4991
Fax.    (713) 729-4951
Email: federallitigation@comcast.net

DUNCAN M. MCNEILL (SBN 136416)
375 South Mayfair Ave, Suite 200
Daly City, CA 94015
Tel.    (650) 994-2295
Fax.    (650) 994-2297

Attorneys for Plaintiff ,
JAMES B. GOODMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN,               )<br>                                                   )<br>          Plaintiff,                             )<br>                                                   )<br>     v.                                           )<br>                                                   )<br> ATMEL CORPORATION          )<br>                                                   )<br>          Defendant.                        )<br>_____)<br>                                                   ) | CASE NO.  CV-07-3113 (MEJ)<br><br>**MOTION AND (PROPOSED) ORDER FOR CHANGING DEADLINES** |

This Motion is being made to request that the ordered deadlines set forth in the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES be extended three months.

This is the first request to extend the deadlines.

The reason this Motion is being made is because the Defendant Atmel Corporation is still within the period of time for determining whether to accept the waiver of service and no attorney has made an appearance yet.  It is hoped that this additional time will be sufficient for Atmel Corporation to Answer the Complaint and informally exchange documents for a serious discussion of a settlement.

It is respectfully pointed out that the Court has not yet set a schedule for the case so no time modification is needed for the schedule.

JAMES B. GOODMAN

c/David Fink
DAVID FINK (*pro hac vice* pending)
7519 Apache Plume
Houston, TX 77071
Tel.   (713) 729-4991

Email: federallitigation@comcast.net

The Court has considered the foregoing Motion and hereby modifies the deadlines set forth in the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES as follows:

Last day to meet and confer about initial disclosures, early settlement, ADR process selection, and discovery plan; and to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Process ........................................ 11/30/2007

Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order ........................ 12/13/2007

Initial Case Management Conference ................... 12/20/2007

SO ORDERED

Date:   September 12, 2007

IT IS SO ORDERED
Judge Maria-Elena James

JAMES B. GOODMAN V. ATMEL CORPORATION
**MOTION AND (PROPOSED) ORDER FOR CHANGING DEADLINES**
CASE NO. CV-07-3113 (MEJ)

2

**CERTIFICATION OF SERVICE**

The undersigned certifies that the foregoing document was served on the Defendant Atmel Corporation on August 29, 2007 by prepaid first class mail at the address of

>Atmel Corporation
>2325 Orchard Parkway
>San Jose, CA 95131

>_c/David Fink_
>David Fink