Michael A. Ladra (SBN 064307)
Julie M. Holloway (SBN 196942)
Peter H. Chang (SBN 241467)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone:    650-493-9300
Facsimile:    650-565-5100
Email: mladra@wsgr.com
Email: jholloway@wsgr.com
Email: pchang@wsgr.com

Attorneys for Defendant Atmel Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES B. GOODMAN, | Case No.: CV-07-3113 (MEJ) |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER THE COMPLAINT** |
| vs. | |
| ATMEL CORPORATION, | |
| Defendant. | |

Pursuant to Local Rule 6-1, the parties, through their undersigned counsel, hereby stipulate that the time for Defendant to answer or otherwise respond to the complaint be extended from October 16, 2007 to November 26, 2007.  This extension of time does not alter the date of any event or any deadline already fixed by Court order.

| | |
|---|---|
| Dated:  October 3, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| | By:  /s/   Peter H. Chang |
| | Peter H. Chang |
| | Attorneys for Defendant Atmel Corporation |
| Dated:  October 3, 2007 | FINK & JOHNSON |
| | By:  /s/   David Fink |
| | David Fink |
| | Attorneys for Plaintiff James B. Goodman |

## **ATTESTATION**

I, Peter H. Chang, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order in the above-listed related cases. In compliance with General Order 45.X.B, I hereby attest that counsel for Plaintiff has concurred in this filing.

Dated: October 3, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/   Peter H. Chang
      Peter H. Chang

Attorneys for Defendant Atmel Corporation