1
2
3
4
5
6
7
8
       UNITED STATES DISTRICT COURT
9
       NORTHERN DISTRICT OF CALIFORNIA
10
11  JAMES B. GOODMAN
                                              No. C 07-3113 MEJ
12
              Plaintiff(s),                   **DECLINATION TO PROCEED BEFORE**
13                                            **A MAGISTRATE JUDGE**
       v.                                     **AND**
14  ATMEL CORPORATION                         **REQUEST FOR REASSIGNMENT TO A**
                                              **UNITED STATES DISTRICT JUDGE**
15
              Defendant(s).
16  _____/

17         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18      The undersigned party hereby declines to consent to the assignment of this case to a United
19  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20  a United States District Judge.
21
22  Dated: 11/7/07                        Signature _____
23                                        Counsel for Plaintiff
24                                        (Plaintiff, Defendant, or indicate "pro se")
25
26
27
28