IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES B. GOODMAN,                                     No. C 07-03113SI

        Plaintiff,                                     **NOTICE**

  v.

ATMEL CORPORATION,

        Defendant.
                                        /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, December 7, 2007, at 2:30 p.m. The parties shall comply with the attached order when preparing for the conference.

Dated: November 20, 2007                          RICHARD W. WIEKING, Clerk

 

Tracy Sutton
Deputy Clerk