IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES B. GOODMAN,

    Plaintiff,

v.

ATMEL CORPORATION,

    Defendant.

    /

No. C 07-03113SI

**NOTICE**

AMENDED

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, December 7, 2007, at ~~2:30~~ 2:00 p.m. The parties shall comply with the attached order when preparing for the conference.

Dated: November 20, 2007



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk