
1  MICHAEL A. LADRA, State Bar No. 065307
   JULIE M. HOLLOWAY, State Bar No. 196942
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: mladra@wsgr.com
   Email: jholloway@wsgr.com
6
7  Attorneys for Defendant
   ATMEL CORPORATION
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11
12  JAMES B. GOODMAN,                )    CASE NO.: CV 07-03113 SI
                                     )
13          Plaintiff,               )    **CERTIFICATION OF INTERESTED**
                                     )    **PARTIES**
14      v.                           )
                                     )
15  ATMEL CORPORATION,               )
                                     )
16          Defendant.               )
                                     )
17                                   )
    _____  )
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATION OF INTERESTED PARTIES
CASE NO.: CV-07-3113 (MEJ)                              C:\NrPortbl\PALIB1\ANB\3241096_1.DOC3241096_1.DOC

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding: Third Point LLC, which has an
6  ownership interest in defendant Atmel Corporation ("Atmel") of more than 5%; FMR
7  CORPORATION (FIDELITY MANAGEMENT & RESEARCH CORP), which has an
8  ownership interest in Atmel of more than 5%; and Barclays Global Investors UK Holdings Ltd., ,
9  which has an ownership interest in Atmel of more than 5%.

11  Dated: November 26, 2007            WILSON, SONSINI, GOODRICH & ROSATI

13                                       By:    /s/Julie M. Holloway_____
                                                Julie M. Holloway

15                                       Attorneys for Defendant
                                         ATMEL CORPORATION