1  DAVID FINK (*pro hac vice*)
   7519 Apache Plume
2  Houston, TX 77071
   Tel.    (713) 729-4991
3  Fax.    (713) 729-4951
   Email: federallitigaiton@comcast.net
4
   DUNCAN M. MCNEILL (SBN 136416)
5  1514 Van Dyke Avenue
   San Francisco, CA 94124
6  Tel.    (415) 752-5063
   dmcneill@netzero.net
7
   Attorneys for Plaintiff ,
8  JAMES B. GOODMAN

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  JAMES B. GOODMAN,              )   CASE NO.  CV-07-03113 SI
                                   )
12          Plaintiff,             )
                                   )   **CERTIFICATION OF INTERESTED**
13      v.                         )   **PARTIES**
                                   )
14  ATMEL CORPORATON               )
                                   )
15          Defendant.             )
    _____    )
16                                 )

17
           Pursuant to L.R. 3-16, the undersigned certifies that as of this date, other than the
18
    named Plaintiff, there are no such interests to report.
19

20
                                              JAMES B. GOODMAN
21
                                              c/David Fink
22                                            DAVID FINK (*pro hac vice*)

23

24

25

26

27                                                    JAMES B. GOODMAN V.  ATMEL CORP.
                                                      LETTER SUBMITTING COPY OF PATENT-IN-SUIT
                                                               CASE NO.  CV-07-03113 SI
28                              1