1  DAVID FINK (*pro hac vice* pending)
   7519 Apache Plume
2  Houston, TX 77071
   Tel.   (713) 729-4991
3  Fax.   (713) 729-4951
   Email: federallitigation@comcast.net
4
   DUNCAN M. MCNEILL (SBN 136416)
5  375 South Mayfair Ave, Suite 200
   Daly City, CA 94015
6  Tel.   (650) 994-2295
   Fax.   (650) 994-2297
7
   Attorneys for Plaintiff,
8  JAMES B. GOODMAN

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 JAMES B. GOODMAN,           )   CASE NO.  CV-07-3113 (SI)
                               )
12         Plaintiff,          )
                               )   **MOTION AND (PROPOSED ORDER)**
13    v.                       )   **TO CONTINUE THE INITIAL CASE**
                               )   **MANAGEMENT CONFERENCE OR**
14 ATMEL CORPORATION           )   **TO APPEAR BY TELEPHONE**
                               )
15         Defendant.          )
   _____ )
16                             )

17
        This Motion is being made to continue the scheduled Initial Case Management
18
   Conference from December 7, 2007 to a date after January 7, 2008, or to appear by
19
   telephone on December 7, 2007 .  This is the second request for a continuation of the
20
   Initial Case Management Conference.
21

22

23

24

25

26

27                                                   JAMES B. GOODMAN V.  ATMEL CORPORATION
                                     **MOTION AND (PROPOSED) ORDER** TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
                                                                     CASE NO. CV-07-3113 (SI)
28                                   1

**BACKGROUND**

Originally, the Initial Case Management had been set for December 20, 2007 after an unopposed Motion by the Plaintiff to provide sufficient time for the Defendant to decide if the waiver would be accepted and for the parties to enter into a settlement dialogue.

The Defendant did accept the Waiver and the parties did entered into a dialogue with the exchange of information to determine if a settlement could be reached. No settlement has been reached at this time, and the dialogue is still continuing.

Until recently, the December 20, 2007 date appeared to be a great date for the undersigned attorney.

In an unrelated case, also in the Northern District of California, both parties are close to a settlement and have requested an early settlement conference with a Magistrate Judge James Larson. The parties in that case had been informed that Magistrate Judge would be available December 18, 2007 so that it appeared that the December 20, 2007 date for this Initial Management Conference would be at a good time for addressing the issues in two cases for the undersigned attorney in a single trip.

Magistrate Judge Larson, however, is not available December 18, 2007 and the settlement conference in that case was recently set for December 14, 2007. Both parties in that case believe that Magistrate Judge Larson will help settle the case and this is important to avoid a waste of time and assets.

Subsequently, The Magistrate Judge in this case was declined and much to my surprise, this Court rescheduled the Initial Case Management Conference for December 7, 2007. Frankly, I expected the date to be in January.

The undersigned attorney has his office in Houston, TX and it becomes a burden to travel to San Francisco one week after another, particularly in December when I have all of my children and grandchildren visiting at the end of the month. Staying

JAMES B. GOODMAN V. ATMEL CORPORATION
**MOTION AND (PROPOSED) ORDER** TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV-07-3113 (SI)

2

continuously between the two Court dates is also economically costly, and requires a long absence from the office.

### CONSULTATION WITH ATTORNEY FOR DEFENDANT

The attorney for Atmel Corp. has kindly stated that this request will not be opposed.

### CONCLUSION

It is my hope that the Court will be sympathetic

Therefore, a continuation of the Initial Management Conference to a date after January 7, is respectfully requested, or in the alternative, an appearance by the undersigned attorney by telephone on December 7, 2007.

JAMES B. GOODMAN

c/David Fink
DAVID FINK (*pro hac vice* pending)
7519 Apache Plume
Houston, TX 77071
Tel.   (713) 729-4991

Email: federallitigation@comcast.net

The Court has considered the foregoing Motion and hereby modifies the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE:

1. Date for Initial Case Management Conference is set for _____

2. Plaintiff's attorney may appear by telephone at the Initial Case Management Conference December 7, 2007.

SO ORDERED

Date:

_____
U.S. District Judge