David Fink (*pro hac vice*)
7519 Apache Plume
Houston, TX 77071
Tele. 713 729-4991
Fax.  713 729-4951
federallitigation@comcast.net

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tele.  415 752-5063
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for Plaintiff ,
JAMES B.  GOODMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION<br><br>    Defendant. | **CIVIL ACTION NO. 07-03113 SI**<br><br>**JAMES B. GOODMAN 'S ANSWER TO THE COUNTERCLAIMS OF ATMEL CORP.** |

    Counterclaim Defendant James B. Goodman ("Goodman"), by and through its attorney, responds to the Counterclaims of Atmel Corp. ("Atmel"), as follows:

    1.    Goodman admits the allegation of paragraph 15.

    2.    Goodman admits the allegation of paragraph 16.

    3.    Goodman admits the allegation of paragraph 17.

    4.    Goodman acknowledges the incorporation of previous paragraphs by Atmel in paragraph 18.

1    5.   Goodman admits the allegation of paragraph 19.
2    6.   Goodman denies the allegation of paragraph 20.
3    7.   Goodman admits the allegation of paragraph 21.
4    8.   Goodman denies the allegation of paragraph 22.
5    9.   Goodman denies the allegation of paragraph 23.
6    10.  Goodman acknowledges the incorporation of previous paragraphs by
7         Atmel in paragraph 24.
8    11.  Goodman denies the allegation of paragraph 25
9    12.  Goodman denies the allegation of paragraph 26.
10   13.  Goodman denies that S3 Graphics is entitled to the relief sought in its
11        Prayer for Relief

Respectfully Submitted

Date: December 7, 2007          /s/David Fink
                                David Fink
                                Attorney for James B. Goodman

Goodman's ANSWER TO COUNTERCLAIMS
James B. Goodman v. Atmel Corp. CV 07-03113 SI
2