UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES B. GOODMAN

                Plaintiff(s),

v.

ATMEL CORPORATION

                Defendant(s).
_____/

Case No. CV 07-03113 SI

ATMEL CORPORATION'S ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: December 11, 2007

            _____/s/Cynthia Bright_____
            Cynthia Bright
            Director of Litigation
            Atmel Corporation


Dated: December 11, 2007

            ____/s/Julie M. Holloway_____
            Julie M. Holloway
            Wilson, Sonsini, Goodrich & Rosati
            Counsel for Atmel Corporation

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Julie M. Holloway, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 11, 2007, at Palo Alto, California.

By:    /s/Julie M. Holloway  
        Julie M. Holloway