## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David Fink, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2007, Houston, Texas.

By:    /s/David Fink
       David Fink