| Clerk's Use Only |
|---|
| Initial for fee pd.: |

David Fink
7519 Apache Plume
Houston, TX 77071
(713) 729-4991
federallitigation@comcast.net

FILED
07 AUG 20 PM 3:02
RICHARD W. WIEKING
CLERY, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES B. GOODMAN

　　　　　　　Plaintiff(s),

　　v.

ATMEL CORPORATION

　　　　　　　Defendant(s).　　　／

CASE NO. C 07 3113 MEJ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, David Fink, an active member in good standing of the bar of New York State, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing JAMES B. GOODMAN in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
    DUNCAN M. MCNEILL, 1514 VAN DYKE AVENUE, SAN FRANCISCO, CA 94124 (415) 752-5063

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2007

David Fink

IT IS SO ORDERED
Judge Susan Illston