MICHAEL A. LADRA (SBN 064307)
JULIE M. HOLLOWAY (SBN 196942)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: 650-493-9300
Facsimile: 650-565-5100
Email: mladra@wsgr.com
Email: jholloway@wsgr.com

ATTORNEYS FOR DEFENDANT
ATMEL CORPORATION

DUNCAN M. MCNEILL (SBN 136416)
1514 Van Dyke Avenue
San Francisco, CA 94124
Telephone: 415 752-5063
Email: dmcneill@netzero.net

DAVID FINK, *pro hac vice*
7519 Apache Plume
Houston, TX 77071
Telephone: (713) 729-4991
Facsimile: (713) 729-4951
Email: federallitigation@comcast.net

ATTORNEYS FOR PLAINTIFF
JAMES B. GOODMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ATMEL CORPORATION,<br><br>    Defendant. | CASE NO.: CV-07-3113 (SI)<br><br>**JOINT MOTION TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>Hon. Susan Illston |

1  The case management conference in this matter is presently scheduled for January 18,
2  2008, with the case management conference statement due January 11. The parties respectfully
3  request that the Court extend these dates by one month, to facilitate ongoing settlement
4  discussions. The parties have previously requested two extensions of the case management
5  conference. However, the parties are now close to an agreement, and therefore respectfully
6  request this additional extension.

7

8  Dated: January 11, 2008                           WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation
9

10                                                  By:    /s/
                                                           Julie M. Holloway
11
                                                    Attorneys for Defendant
12                                                  Atmel Corporation

13  Dated: January 11, 2008
                                                    By:    /s/
14                                                         David Fink

15                                                  Attorneys for Plaintiff
                                                    James B. Goodman
16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Julie M. Holloway, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2008, at Palo Alto, California.

By:   /s/
       Julie M. Holloway