1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAMES B. GOODMAN, | ) | CASE NO.: CV-07-3113 (SI) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| ATMEL CORPORATION, | ) | |
| | ) | Hon. Susan Illston |
| Defendant. | ) | |

This matter having come before the Court on the parties' Joint to Extend Date for Case Management Conference, this Court having the authority to grant such orders and after considering the motion and good cause shown therefore,

IT IS HEREBY ORDERED that:

The parties' Joint Motion is GRANTED. The Case Management Conference for this matter is rescheduled to February 8, 2008, with the Case Management Conference Statement being due January 29, 2008.

-1-

1     IT IS SO ORDERED.

3 Entered: January, __, 2008

                                            Honorable Susan Illston
                                            UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING
JOINT REQUEST TO EXTEND DATE FOR CMC
CASE NO.: CV-07-3113 (SI)