| | |
|---|---|
| MICHAEL A. LADRA (SBN 064307) | DUNCAN M. MCNEILL (SBN 136416) |
| JULIE M. HOLLOWAY (SBN 196942) | 1514 Van Dyke Avenue |
| WILSON SONSINI GOODRICH & ROSATI | San Francisco, CA 94124 |
| Professional Corporation | Telephone: 415 752-5063 |
| 650 Page Mill Road | Email: dmcneill@netzero.net |
| Palo Alto, California 94304 | |
| Telephone: 650-493-9300 | DAVID FINK, *pro hac vice* |
| Facsimile: 650-565-5100 | 7519 Apache Plume |
| Email: mladra@wsgr.com | Houston, TX 77071 |
| Email: jholloway@wsgr.com | Telephone: (713) 729-4991 |
| | Facsimile: (713) 729-4951 |
| ATTORNEYS FOR DEFENDANT | Email: federallitigation@comcast.net |
| ATMEL CORPORATION | |
| | ATTORNEYS FOR PLAINTIFF |
| | JAMES B. GOODMAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES B. GOODMAN, | CASE NO.: CV-07-3113 (SI) |
| Plaintiff, | **JOINT MOTION TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| ATMEL CORPORATION, | Hon. Susan Illston |
| Defendant. | |

The case management conference in this matter is presently scheduled for January 18, 2008, with the case management conference statement due January 11.  The parties respectfully request that the Court extend these dates by one month, to facilitate ongoing settlement discussions.  The parties have previously requested two extensions of the case management conference.  However, the parties are now close to an agreement, and therefore respectfully request this additional extension.

Dated: January 11, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: \_\_\_/s/_____
     Julie M. Holloway

Attorneys for Defendant
Atmel Corporation

Dated: January 11, 2008

By: \_\_\_/s/_____
     David Fink

Attorneys for Plaintiff
James B. Goodman

1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2   I, Julie M. Holloway, attest that concurrence in the filing of this document has been

3 obtained from each of the other signatories. I declare under penalty of perjury under the laws of

4 the United States of America that the foregoing is true and correct. Executed on January 11,

5 2008, at Palo Alto, California.

Case 3:07-cv-03113-SI   Document 24   Filed 01/11/2008   Page 3 of 3

By: /s/
Julie M. Holloway

-2-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>     Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION,<br><br>     Defendant. | CASE NO.: CV-07-3113 (SI)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>Hon. Susan Illston |

This matter having come before the Court on the parties' Joint to Extend Date for Case Management Conference, this Court having the authority to grant such orders and after considering the motion and good cause shown therefore,

IT IS HEREBY ORDERED that:

The parties' Joint Motion is GRANTED. The Case Management Conference for this matter is rescheduled to February 8, 2008, with the Case Management Conference Statement being due January 29, 2008.

1  IT IS SO ORDERED.

2

3  Entered: January, __, 2008

    _____
    Honorable Susan Illston
4   UNITED STATES DISTRICT COURT JUDGE

5

6

Case 3:07-cv-03113-SI    Document 24-2    Filed 01/11/2008    Page 2 of 2

-2-

[PROPOSED] ORDER GRANTING
JOINT REQUEST TO EXTEND DATE FOR CMC
CASE NO.: CV-07-3113 (SI)