DAVID FINK (*pro hac vice* pending)
7519 Apache Plume
Houston, TX 77071
Tel.   (713) 729-4991
Fax.   (713) 729-4951
Email: federallitigation@comcast.net

DUNCAN M. MCNEILL (SBN 136416)
375 South Mayfair Ave, Suite 200
Daly City, CA 94015
Tel.   (650) 994-2295
Fax.   (650) 994-2297

Attorneys for Plaintiff,
JAMES B. GOODMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES B. GOODMAN, | ) | CASE NO. CV-07-3113 (SI) |
| Plaintiff, | ) | |
| v. | ) | **LETTER** |
| ATMEL CORPORATION | ) | |
| Defendant. | ) | |

    It is respectfully pointed out that the undersigned attorney for James B. Goodman is an Orthodox Jew and observes the Sabbath starting sundown Friday. Thus, it is necessary for the undersigned to leave the Court with reasonable time to return to the hotel and prepare for the Sabbath.

    Accordingly, it is hoped that the Court places this case early on the docket February 8, 2008 to provide sufficient time to complete the discussion of issues, particularly the issue of an early settlement conference in view of the very low liability of the Defendant based on communications from its attorney since the filing of the case.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | JAMES B. GOODMAN |
| 4 | c/David Fink |
|   | DAVID FINK (*pro hac vice* |
| 5 | pending) |
|   | 7519 Apache Plume |
| 6 | Houston, TX 77071 |
|   | Tel.    (713) 729-4991 |
| 7 | |
|   | Email: federallitigation@comcast.net |