| | | |
|---|---|---|
| 1 | MICHAEL A. LADRA (SBN 064307) | DUNCAN M. MCNEILL (SBN 136416) |
| | JULIE M. HOLLOWAY (SBN 196942) | 1514 Van Dyke Avenue |
| 2 | WILSON SONSINI GOODRICH & ROSATI | San Francisco, CA 94124 |
| | Professional Corporation | Telephone: 415 752-5063 |
| 3 | 650 Page Mill Road | Email: dmcneill@netzero.net |
| | Palo Alto, California 94304 | |
| 4 | Telephone: 650-493-9300 | DAVID FINK, *pro hac vice* |
| | Facsimile: 650-565-5100 | 7519 Apache Plume |
| 5 | Email: mladra@wsgr.com | Houston, TX 77071 |
| | Email: jholloway@wsgr.com | Telephone: (713) 729-4991 |
| 6 | | Facsimile: (713) 729-4951 |
| 7 | ATTORNEYS FOR DEFENDANT | Email: federallitigation@comcast.net |
| | ATMEL CORPORATION | |
| 8 | | ATTORNEYS FOR PLAINTIFF |
| | | JAMES B. GOODMAN |

Case 3:07-cv-03113-SI   Document 28   Filed 02/07/2008   Page 1 of 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATMEL CORPORATION,<br><br>　　　　Defendant. | CASE NO.: CV-07-3113 (SI)<br><br>**STIPULATED CONDITIONAL DISMISSAL**<br><br>Hon. Susan Illston |

James B. Goodman and Atmel Corporation through their respective attorneys, hereby file this stipulated conditional dismissal. The parties, in good faith, agree and believe that an agreement in principle reached this week will be put into written form within sixty (60) days. Therefore, in an effort to minimize judicial resources and to minimize the expenses and costs to the parties, it is hereby stipulated that:

　　1.　This action be conditionally dismissed without prejudice for sixty (60) days from the date of the Order signed by the Court, each party bearing its own fees and costs.

STIPULATED CONDITIONAL DISMISSAL
CASE NO.: CV-07-3113 (SI)

2. During the aforementioned sixty (60) day period, either party may request the Court to reopen the case.

3. If, after the expiration of the aforementioned sixty (60) days, no party has submitted a request to the Court to reopen this case, then it is hereby stipulated that this case be dismissed with prejudice, each party to bear its own fees and costs.

For the foregoing reasons, the parties request the Court to accept this Stipulation and the proposed Order being submitted herewith.

Case 3:07-cv-03113-SI   Document 28   Filed 02/07/2008   Page 2 of 3

Dated: February 7, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/
Julie M. Holloway

Attorneys for Defendant
Atmel Corporation

Dated: February 7, 2008

By: /s/
David Fink

Attorneys for Plaintiff
James B. Goodman

IT IS SO ORDERED.

Date:_____

_____
The Honorable Susan Illston
UNITED STATES DISTRICT COURT JUDGE

1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2 | I, Julie M. Holloway, attest that concurrence in the filing of this document has been

3 | obtained from other signatory. I declare under penalty of perjury under the laws of the United

4 | States of America that the foregoing is true and correct. Executed on February 7, 2008, at Palo

5 | Alto, California.

6 |

7 | By: /s/
Julie M. Holloway

Case 3:07-cv-03113-SI    Document 28    Filed 02/07/2008    Page 3 of 3

STIPULATED CONDITIONAL DISMISSAL    -3-    C:\NrPortbl\PALIB1\ANB\3287208_1.DOC
CASE NO.: CV-07-3113 (SI)